Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120

Robert G. Sugarman (*pro hac vice pending*)
Yehudah Buchweitz (*pro hac vice pending*)
David Yolkut (*pro hac vice pending*)
Jessie Mishkin (*pro hac vice pending*)
Matthew Friedenberg
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

YISROEL FRIEDMAN and S. MOSHE PINKASOVITS

Plaintiffs,

-against-

THE BOROUGH OF UPPER SADDLE RIVER and JOANNE L. MINICHETTI, individually and in her official capacity as Mayor of the Borough of Upper Saddle River

Defendants.

Civ. No. _____

DECLARATION OF DAVID YOLKUT IN SUPPORT OF TEMPORARY RESTRAINING ORDER

---

I, David Yolkut, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a member of the Bar of the State of New York (*pro hac vice* pending in New Jersey) and Counsel with the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiffs S. Moshe Pinkasovitz and Yisroel Friedman ("Plaintiffs") in this action.

2. I submit this Declaration in Support of Plaintiffs' Motion for a Temporary Restraining Order ("Motion") to enjoin Defendants the Borough of Upper Saddle River and Joanne L. Minichetti, individually and in her official capacity as Mayor of the Borough of Saddle River ("Defendants"), from engaging in the actions set forth in detail in Plaintiffs' Complaint. The relevant facts regarding the merits of the Motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order, as

well as the supporting Declarations of Rabbi Chaim Steinmetz, S. Moshe Pinkasovits, and Yisroel Friedman, and the exhibits attached thereto.

3. Pursuant to Local Civil Rule 65.1, I contacted Robert T. Regan, counsel for Defendants, by telephone on July 27, 2017 at approximately 4:40 p.m., leaving a voicemail notifying him of Plaintiffs' intent to file a Complaint and seek a Temporary Restraining Order on the morning of July 28, 2017. I notified Mr. Regan of the contents of my voicemail via an email I sent on July 27, 2017 at 4:50 p.m.

4. Notice should not be required for this Court to issue a Temporary Restraining Order because Plaintiffs will suffer immediate, irreparable harm if Defendants are not enjoined from removing the eruv in Upper Saddle River, as set forth in the Declarations submitted concurrently herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 27, 2017

David Yolkut (*pro hac vice pending*)