Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120

Robert G. Sugarman (*pro hac vice pending*)
Yehudah Buchweitz (*pro hac vice pending*)
David Yolkut (*pro hac vice pending*)
Jessie Mishkin (*pro hac vice pending*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8184

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YISROEL FRIEDMAN and S. MOSHE PINKASOVITS

Plaintiffs,

-against-

THE BOROUGH OF UPPER SADDLE RIVER and JOANNE L. MINICHETTI, individually and in her official capacity as Mayor of the Borough of Upper Saddle River

Defendants.

Civ. No. 2:17-CV-05512-JMV-CLW

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOANNE L. MINICHETTI**

On the basis of the sworn representations made in a declaration dated August 3, 2017, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Yisroel Friedman and S. Moshe Pinkasovits ("Plaintiffs") hereby file this notice of dismissal, without prejudice, of all claims and causes of action asserted in this case against Defendant Joanne L. Minichetti ("Mayor Minichetti"). The dismissal of Mayor Minichetti shall not operate as a dismissal of Plaintiffs' claims or causes of action against any person or entity named as a defendant in this action other than Mayor Minichetti.

Dated:   New York, New York
         August 7, 2017

/s/ *Diane P. Sullivan*
Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201

Princeton, NJ 08542
(609) 986-1120
diane.sullivan@weil.com

Robert G. Sugarman (*pro hac vice pending*)
Yehudah Buchweitz (*pro hac vice pending*)
David Yolkut (*pro hac vice pending*)
Jessie Mishkin (*pro hac vice pending*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
robert.sugarman@weil.com
yehudah.buchweitz@weil.com
david.yolkut@weil.com
Jessie.mishkin@weil.com

*Attorneys for Plaintiffs*

So Ordered:

_____  8/7/17
Judge John Michael Vazquez, U.S.D.J.    Date