UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YISROEL FRIEDMAN and S. MOSHE PINKASOVITS,<br><br>                    Plaintiffs,<br>vs.<br><br>THE BOROUGH OF UPPER SADDLE RIVER and JOANNE L. MINICHETTI, individually and in her official capacity as Mayor of the Borough of Upper Saddle River,<br><br>                    Defendants. | Civil No.:  2:17-CV-05512-JMV-CLW<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending time within which Defendant, the Borough of Upper Saddle River (Joanne L. Minichetti, individually and in her official capacity as Mayor of the Borough of Upper Saddle River was dismissed by Stipulation), named in this action may answer, move, or otherwise reply to the complaint filed by plaintiffs herein, and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on July 28, 2017; and
3. Time to Answer, Move, or otherwise Reply expires on August 18, 2017.

Dated: August 16, 2017

                                               /s/ Bruce Rosen, Esq.
                                               Bruce Rosen, Esq.
                                               McCusker, Anselmi, Rosen
                                               & Carvelli, P.C.
                                               210 Park Avenue, Suite 301
                                               Florham Park, NJ 07932
                                               973-635-6300
                                               brosen@marc.law
                                               *Attorneys for Defendants*

1455344

2

**ORDER**

The above application is ORDERED GRANTED. The time to answer, move, or otherwise reply is extended to <u>September 1, 2017</u>.

ORDER DATED: _____ .

WILLIAM T. WALSH, Clerk

By:_____
    Deputy Clerk

1455344