UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YISROEL FRIEDMAN and S. MOSHE PINKASOVITS,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE BOROUGH OF UPPER SADDLE RIVER<br><br>      Defendant. | Civil No.: 2:17-CV-05512-JMV-CLW<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT** |

*So ordered*
*/s/ Walls 9/5/17*

**IT IS HEREBY STIPULATED** that Defendant Borough of Upper Saddle River's time to Move, Answer or Otherwise Reply to Plaintiff's Complaint is extended up through and including September 29, 2017.

For purposes of this stipulation, a facsimile or electronically mailed PDF of this stipulation will be deemed an original.

**MCCUSKER, ANSELMI, ROSEN & CARVELLI P.C.**

s/ Bruce S. Rosen
By: Bruce S. Rosen, Esq.
210 Park Avenue, Suite 301
Florham Park, NJ 07932
Telephone: 973-635-6300
Facsimile: 973-635-6363
*Attorneys for Defendants*

Dated: August 30, 2017

**WEIL, GOTSHAL & MANGES LLP**

s/ Diane P. Sullivan
By: Diane P. Sullivan, Esq.
WEIL GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone: 609-986-1120
Facsimile: 609-986-1199

Robert G. Sugarman (*pro hac vice*)
Yehudah Buchweitz (*pro hac vice*)
David Yolkut (*pro hac vice*)
Jessie Mishkin (*pro hac vice*)

1

WEIL GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8000  
robert.sugarman@weil.com  
yehudah.buchweitz@weil.com  
david.yolkut@weil.com  
jessie.mishkin@weil.com  

*Attorneys for Plaintiff*

Dated:  August 30, 2017