UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, YISROEL FRIEDMAN, S. MOSHE PINKASOVITS, SARAH BERGER, MOSES BERGER, CHAIM BREUER, YOSEF ROSEN, and TZVI SCHONFELD, <br><br>                    Plaintiffs, <br><br> vs. <br><br> THE BOROUGH OF UPPER SADDLE RIVER, <br><br>                    Defendant. | Civil No.: 2:17-CV-05512-JMV-CLW <br><br><br> **STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** that Defendant Borough of Upper Saddle River's time to Move, Answer or Otherwise Reply to Plaintiff's Amended Complaint is extended up through and including October 13, 2017.

For purposes of this stipulation, a facsimile or electronically mailed PDF of this stipulation will be deemed an original.

| | |
|---|---|
| **MCCUSKER, ANSELMI, ROSEN & CARVELLI P.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| /s/ Bruce S. Rosen <br> By: Bruce S. Rosen, Esq. <br> 210 Park Avenue, Suite 301 <br> Florham Park, NJ 07932 <br> Telephone: 973-635-6300 <br> Facsimile: 973-635-6363 <br> *Attorneys for Defendants* <br><br><br> Dated: September 20, 2017 | /s/ Diane P. Sullivan <br> By: Diane P. Sullivan, Esq. <br> WEIL GOTSHAL & MANGES LLP <br> 17 Hulfish Street, Suite 201 <br> Princeton, NJ 08542 <br> Telephone: 609-986-1120 <br> Facsimile: 609-986-1199 <br><br> Robert G. Sugarman (*pro hac vice*) <br> Yehudah Buchweitz (*pro hac vice*) |

David Yolkut (*pro hac vice*)
Jessie Mishkin (*pro hac vice*)
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
robert.sugarman@weil.com
yehudah.buchweitz@weil.com
david.yolkut@weil.com
jessie.mishkin@weil.com

*Attorneys for Plaintiff*

Dated:  September 20, 2017