UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, YISROEL FRIEDMAN, S. MOSHE PINKASOVITS, SARAH BERGER, MOSES BERGER, CHAIM BREUER, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>                Plaintiffs,<br>vs.<br><br>THE BOROUGH OF UPPER SADDLE RIVER,<br><br>                Defendant. | Civil No.: 2:17-CV-05512-JMV-CLW<br><br>STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE AMENDED COMPLAINT AND SETTING FORTH A BRIEFING SCHEDULE FOR ANTICIPATED MOTION PRACTICE |

**IT IS HEREBY STIPULATED** that the above-captioned Parties have agreed on the following briefing and filing schedule, superseding all previous stipulations:

1. Defendant Borough of Upper Saddle River's time to Move, Answer or Otherwise Reply to Plaintiff's Amended Complaint is extended up through and including November 2, 2017.

2. Plaintiffs have indicated their intent to file a Motion for a Preliminary Injunction on or about October 11, 2017. Defendant has indicated its intent to file a Motion to Dismiss in lieu of an Answer on or about November 2, 2017. It is the Parties' intention to create a schedule as set forth below that would allow for efficient briefing as to both sets of motions, in order to reduce duplication and enhance judicial economy, returnable December 4, 2017:

    (a) Defendant shall file its Motion to Dismiss with Briefing and its Opposition Brief to Plaintiff's Motion for a Preliminary Injunction no later than November 2, 2017.

(b) Plaintiffs shall file their Opposition Brief to the Motion to Dismiss and their Reply Brief to the Preliminary Injunction Opposition no later than November 20, 2017

(c) Defendant shall file its Reply Brief to Plaintiffs' Opposition to the Motion to Dismiss no later than November 28, 2017.

3. With approval of the Court, in their briefs to be filed November 2 and then November 20, 2017 the Parties may file a single brief to address all issues in both motions, including those likely to overlap, although these briefs would be subject to the page limitations as if two separate briefs had been filed.  To the extent Plaintiffs file a single brief, they do so without waiving, and instead expressly preserving, any right to bring an interlocutory appeal of any denial of Plaintiff's Motion for a Preliminary Injunction pursuant 28 U.S.C. § 1292(a)(1).

| MCCUSKER, ANSELMI, ROSEN & CARVELLI P.C. | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| __/s/ Bruce S. Rosen_____ | _____/s/ Diane P. Sullivan_____ |
| By:  Bruce S. Rosen, Esq. | By:  Diane P. Sullivan, Esq. |
| 210 Park Avenue, Suite 301 | WEIL GOTSHAL & MANGES LLP |
| Florham Park, NJ 07932 | 17 Hulfish Street, Suite 201 |
| Telephone: 973-635-6300 | Princeton, NJ 08542 |
| Facsimile:  973-635-6363 | Telephone: 609-986-1120 |
| *Attorneys for Defendants* | Facsimile:  609-986-1199 |
| | |
| | Robert G. Sugarman (*pro hac vice*) |
| Dated:  October 10, 2017 | Yehudah Buchweitz (*pro hac vice*) |
| | David Yolkut (*pro hac vice*) |
| | Jessie Mishkin (*pro hac vice*) |
| | WEIL GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | (212) 310-8000 |
| | robert.sugarman@weil.com |

3

          yehudah.buchweitz@weil.com
          david.yolkut@weil.com
          jessie.mishkin@weil.com

*Attorneys for Plaintiff*

Dated: October 10, 2017

SO ORDERED

_____