UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, YISROEL FRIEDMAN, S. MOSHE PINKASOVITS, SARAH BERGER, MOSES BERGER, CHAIM BREUER, YOSEF ROSEN, and TZVI SCHONFELD,<br><br>                    Plaintiffs,<br>vs.<br><br>THE BOROUGH OF UPPER SADDLE RIVER,<br><br>                    Defendant. | Civil No.: 2:17-CV-05512-JMV-CLW<br><br>SECOND STIPULATION SETTING FORTH A BRIEFING SCHEDULE FOR MOTION PRACTICE |

WHEREAS, the above captioned Parties entered into the Stipulation Extending Time to Answer, Move or Otherwise Reply to the Amended Complaint and Setting Forth a Briefing Schedule for Anticipated Motion Practice on October 10, 2017, which the Court So Ordered on October 11, 2017 (Docket No. 27) (the "October 11 Briefing Order");

WHEREAS, Plaintiffs filed the Notice of Motion and Memorandum of Law in Support of Their Motion for a Preliminary Injunction on October 10, 2017 (Docket No. 25);

WHEREAS, Defendant filed the combined Notice of Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and Opposition to Plaintiffs' Request of Injunctive Relief on November 2, 2017 (Docket No. 29);

WHEREAS, without the instant Stipulation Plaintiffs would have been entitled to adjourn the original motion day of a dispositive motion once without the consent of the moving party, the Court, or the Clerk pursuant to District of New Jersey Local Rule 7.1(d)(5);

**IT IS HEREBY STIPULATED** that the above-captioned Parties have agreed on the following briefing and filing schedule, amending all previous stipulations:

1. It is the Parties' intention to revise the schedule as set forth below, which would allow for efficient briefing as to both sets of motions, in order to reduce duplication and enhance judicial economy, returnable December 18, 2017:

   (a) Plaintiffs shall file their Opposition Brief to the Motion to Dismiss and their Reply Brief to the Preliminary Injunction Opposition no later than December 4, 2017, and as per the October 11 Briefing Order, Plaintiffs may file a single brief to address all issues in both motions; and

   (b) Defendant shall file its Reply Brief to Plaintiffs' Opposition to the Motion to Dismiss no later than December 12, 2017.

| | |
|---|---|
| **MCCUSKER, ANSELMI, ROSEN & CARVELLI P.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| /s/ Bruce S. Rosen | /s/ Diane P. Sullivan |
| By: Bruce S. Rosen, Esq.<br>210 Park Avenue, Suite 301<br>Florham Park, NJ 07932<br>Telephone: 973-635-6300<br>Facsimile: 973-635-6363<br>*Attorneys for Defendants* | By: Diane P. Sullivan, Esq.<br>WEIL GOTSHAL & MANGES LLP<br>17 Hulfish Street, Suite 201<br>Princeton, NJ 08542<br>Telephone: 609-986-1120<br>Facsimile: 609-986-1199 |
| Dated: November 9, 2017 | Robert G. Sugarman (*pro hac vice*)<br>Yehudah Buchweitz (*pro hac vice*)<br>David Yolkut (*pro hac vice*)<br>Jessie Mishkin (*pro hac vice*)<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>robert.sugarman@weil.com<br>yehudah.buchweitz@weil.com<br>david.yolkut@weil.com<br>jessie.mishkin@weil.com<br><br>*Attorneys for Plaintiff*<br><br>Dated: November 9, 2017 |

SO ORDERED

_____