**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Robert W. Taylor
+1 (212) 310-8796
robert.taylor@weil.com

December 5, 2017

Clerk of Court
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: *Friedman et al. v. The Borough of Upper Saddle River et al.*, **2:17-cv-05512-JMV-CLW**

Dear Sir or Madam:

Enclosed for filing please find Exhibit L to the Declaration of Yehudah L. Buchweitz in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss and Plaintiffs' Reply in Support of Motion for Preliminary Injunction, which was filed on December 4, 2017, in the above referenced matter. The disc is Document 36-3, relating to Docket Entry 36. Please file the enclosed disc in the above referenced matter. Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Robert W. Taylor