**Weil, Gotshal & Manges LLP**

BY ECF

17 Hulfish St, Suite 201
Princeton, NJ 08542
+1 609 986 1100 tel
+1 609 986 1199 fax

**Diane P. Sullivan**
+1 (609) 986-1120
diane.sullivan@weil.com

December 18, 2017

Hon. John Michael Vazquez, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:** *Friedman et al. v. The Borough of Upper Saddle River et al.*, **2:17-cv-05512-JMV-CLW**

Dear Judge Vazquez:

Pursuant to the Court's Text Order of December 18, 2017 (ECF No. 40), Counsel for Plaintiffs and Counsel for Defendant write to confirm attendance at the hearing scheduled for January 9, 2018, at 10:30 a.m.

Respectfully submitted,


*/s/ Diane P. Sullivan*


Diane P. Sullivan


cc:  Bruce S. Rosen, Esq.