

# MARC
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

MCCUSKER · ANSELMI
ROSEN · CARVELLI

210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300  ·  Fax: 973.635.6363
www.marc.law

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc.law

January 3, 2018

**VIA ECF**

Clerk
United States District Court, District of New Jersey Newark
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: **Bergen Rockland Eruv Association, et al. v. The Borough of Upper Saddle River – Civil No.: 2:17-CV-05512-JMV-CLW**

Dear Sir or Madam:

    This office represents defendant The Borough of Upper Saddle River ("USR"). On November 3, 2017 Judge Waldor granted Joel Kurtzberg and Marci A. Hamilton, Esqs. *pro hac vice* motion. It has come to our attention that Ms. Hamilton's address was incorrectly stated on USR's Opposition to Plaintiffs' Motion for a Preliminary Injunction papers, as well as USR's Memorandum of Law in Support of its Notice of Motion to Dismiss Plaintiffs' Amended Complaint. While Ms. Hamilton is a professor at the University of Pennsylvania, her involvement in this matter is separate from her job and should not have included mention of the University. We respectfully request that the records be corrected to show that Ms. Hamilton's address is the below, which is also the address provided when we filed the request for pro hac attorney to receive electronic notification (Document #34).

    Marci A. Hamilton, Esq.
    36 Timber Knoll Drive
    Washington Crossing, PA 18977
    (T) 215-353-8984

Clerk  January 3, 2018
United States District Court, District of New Jersey Newark
Page 2

        If you has any questions or require additional information, please do not hesitate to contact our office.

Very truly yours,

Bruce S. Rosen

BSR/ckc
cc: Diane P. Sullivan, Esq. (via ecf)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Bergen Rockland Eruv Association, et al.
    Plaintiff(s)      :    Civil Action No.    2:17-cv-05512-JMV-CLW

v.    :

The Borough of Upper Saddle River
    Defendant(s)    :

REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:    Marci A. Hamilton, Esq.

Address:    Marci A. Hamilton, Esq.

    36 Timber Knoll Drive

    Washington Crossing, PA 18977

    (T) 215-353-8984

e-Mail:    hamilton.marci@gmail.com
    (one email address only)

Instructions for LOCAL COUNSEL for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on Notices.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the NEXT button.

DNJ-CMECF-002