**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** January 9, 2018
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** John Stone

**TITLE OF CASE:**

**DOCKET # 17-5512**

Yisroel Friedman, et al.
        vs.
Borough of Upper Saddle River, et al.

**APPEARANCES:**

David Yolkut, Esq. for Plaintiff
Robert Sugarman, Esq for Plaintiff
Yehurdah Bucheitz, Esq. for Plaintiff
Bruce Rosen, Esq. for Defendant
Joel Kurtzberg, Esq for Defendant
Allison Zsamba, Esq. for Defendant

**Nature of Proceedings**:

Hearing on motion (DE25) for preliminary injunction by Bergen Rockland ERV, et al and motion (DE30) to dismiss by the Borough of Upper Saddle River.

Court adjourned the hearing until 2/7/18 at 10:30 a.m. to allow time for the parties to entertain potential settlement.

Scheduling order to issue.

**Time Commenced: 10:00**
**Time Adjourned:  12:30**
**Total Time:**  2:30

                                                   RoseMarie Olivieri
                                                SENIOR COURTROOM DEPUTY