

**MARC**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

MCCUSKER · ANSELMI
ROSEN · CARVELLI

210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300 · Fax: 973.635.6363
www.marc.law

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc.law

January 30, 2018

**VIA ELECTRONIC FILING**

Hon. John Michael Vazquez
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Cthse., Room 417
2 Federal Sq.
Newark, New Jersey 07102

    Re:    **Bergen Rockland Eruv Association, et al. v. The Borough of Upper Saddle River – Civil No.: 2:17-CV-05512-JMV-CLW**

Dear Judge Vazquez:

    As Your Honor is aware, this office represents defendant The Borough of Upper Saddle River ("USR") in the above-referenced matter. With the consent of plaintiffs, we write to request a two week adjournment of the dates established by the Court's January 10, 2018 text order. Since we appeared before Your Honor on January 9, 2018, the parties have been actively engaged in settlement negotiations. Accordingly, the parties' adjournment request is aimed at providing an opportunity to attempt to resolve this matter amicably.

    Therefore, we respectfully request the Court grant the parties a two week adjournment of the dates set forth in the Court's January 10, 2018 text order. We thank the Court for its consideration of the foregoing request.

                                  Respectfully submitted,

                                  /s/ Bruce S. Rosen
                                Bruce S. Rosen

BSR/anz
cc:    Yehudah Buchweitz, Esq. (via electronic filing)
        David Yolkut, Esq. (via electronic filing)