

McCusker · Anselmi
Rosen · Carvelli
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300  ·  Fax: 973.635.6363
www.marc.law

BRUCE S. ROSEN
*Director*
Direct: 973.457.0123
Fax: 973.457.0276
brosen@marc.law

February 16, 2018

**VIA ELECTRONIC FILING**

Hon. John Michael Vazquez
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Cthse., Room 417
2 Federal Sq.
Newark, New Jersey 07102

      Re:    **Bergen Rockland Eruv Association, et al. v. The Borough of Upper Saddle River – Civil No.: 2:17-CV-05512-JMV-CLW**

Dear Judge Vazquez:

      As per the conversation between counsel for the parties (Yehudah Buchweitz for the Plaintiffs and myself for defendant Upper Saddle River) and Your Honor's Law Clerk Laura Gilson this afternoon, Plaintiffs and Defendant Upper Saddle River hereby *request that the Preliminary Injunction/Motion to Dismiss hearing presently scheduled for February 21, 2018 be adjourned for approximately two weeks to allow for continued settlement discussions between the parties.

      Respectfully submitted,

      /s/ Bruce S. Rosen
      Bruce S. Rosen

BSR/ckc
cc:

*Request granted.
Oral argument on the pending preliminary injunction is rescheduled to March 7, 2018 at 11:00 a.m.

So Ordered.
/s/ John Michael Vazquez, U.S.D.J.      Date: 2/20/18

805 Third Avenue, 12th Floor, New York, NY 10022 Tel: 212.308.0070 · Fax: 917.677.8978
98 East Water Street, Toms River, NJ 08753 · Tel: 732.914.9114 · Fax: 732.914.8024