# Weil, Gotshal & Manges LLP

BY ECF

767 Fifth Avenue
New York, NY 10153
+1 212 310 8000 tel
+1 212 310 8007 fax

Yehudah L. Buchweitz
+1 (212) 310-8256
Yehudah.Buchweitz@weil.com

March 6, 2018

Hon. John Michael Vazquez
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. P.O. & Cthse., Room 417
2 Federal Square
Newark, New Jersey 07102

Re: *Bergen Rockland Eruv Association, et al. v. The Borough of Upper Saddle River* – Civil No.: 2:17-CV-05512-JMV-CLW

Dear Judge Vazquez:

In light of ongoing settlement discussions, Plaintiffs and Defendant Upper Saddle River hereby request that the Preliminary Injunction/Motion to Dismiss hearing presently scheduled for March 12, 2018 be adjourned until the week of April 9, 2018 to allow for continued settlement discussions between the parties.

Respectfully submitted,

/s/ *Yehudah L. Buchweitz*

Yehudah L. Buchweitz

cc: Bruce S. Rosen, Esq.

So Ordered

JOHN MICHAEL VAZQUEZ
USDJ
3/6/2018