# Weil, Gotshal & Manges LLP

BY ECF

17 Hulfish St, Suite 201
Princeton, NJ 08542
+1 609 986 1100 tel
+1 609 986 1199 fax

**Diane P. Sullivan**
+1 (609) 986-1120
diane.sullivan@weil.com

April 20, 2018

Honorable John Michael Vazquez
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  *Bergen Rockland Eruv Association, et al. v. The Borough of Upper Saddle River*, 2:17-cv-05512-JMV-CLW (D.N.J.)

Dear Judge Vazquez:

On April 9, 2018, Plaintiffs' submitted a letter requesting this Court to retain jurisdiction to enforce the terms of the Settlement Agreement entered into with Defendant, the Borough of Upper Saddle River (Dkt. No. 54). Unbeknownst to the parties, there was a typographical error on the map attached to the Settlement Agreement (Dkt. No. 54-1, Ex. A). Attached is a revised Exhibit A.

Respectfully submitted,

s/ Yehudah L. Buchweitz

Robert G. Sugarman
Yehudah L. Buchweitz
David Yolkut
Jessie Mishkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

Diane P. Sullivan
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Tel: (609) 986-1120

*Counsel for Plaintiffs*

**Proposed Alignment Utilizes**
**- 95 Existing Poles**
**- 10 New Poles**

| EXISTING POLES | | | | |
|---|---|---|---|---|
| Pole_No | ID_1 | ID_2 | Lechi_No | Wires |
| HILLSIDE AVE | | | | |
| 1 | 56474 | 39453 | 1 | Yes - 1 |
| 2 | 56492 | 39460 | 2 | Yes - 1 |
| 3 | 56513 | 39453 | 2 | Yes - 1 |
| 4 | 56527 | 39451 | 1 | - |
| 5 | 56540 | 39449 | 1 | - |
| 6 | 56553 | 39446 | 2 | Yes - 1 |
| 7 | 56576 | 39439 | 3 | Yes - 2 |
| 8 | 56585 | 39429 | 2 | Yes - 2 |
| 9 | 56598 | 39424 | 2 | Yes - 1 |
| 10 | 56612 | 39422 | 1 | - |
| 11 | 56624 | 39420 | 2 | - |
| PLYMOUTH DRIVE | | | | |
| 12 | 56628 | 39417 | 2 | - |
| 13 | 56639 | 39401 | 2 | - |
| 14 | 56640 | 39340 | 2 | - |
| 15 | 56635 | 39365 | 2 | - |
| 16 | 56620 | 39350 | 2 | - |
| 17 | 56613 | 39335 | 1 | - |
| 18 | 56609 | - | 2 | - |
| HAMPSHIRE HILL ROAD | | | | |
| 19 | 56603 | 39316 | 2 | - |
| 20 | 56618 | 39311 | 2 | - |
| 21 | 56632 | 39307 | 2 | - |
| 22 | 56645 | 39302 | 2 | - |
| 23 | 56655 | 39302 | 2 | - |
| 24 | 56656 | 39318 | 1 | - |
| 25 | 56659 | 39333 | 1 | - |
| 26 | BT925 USR | - | 2 | - |
| 27 | BT926 USR | - | 0 | - |
| 28 | 56685 | 39358 | 1 | - |
| 29 | 56699 | 39355 | 2 | Yes - 1 |
| 30 | BT929 USR | - | 1 | Yes - 1 |
| 31 | 56726 | 39345 | 2 | - |
| 32 | 56730 | 39334 | 2 | - |
| 33 | 56728 | 39319 | 1 | - |
| 34 | 56724 | 39304 | 1 | - |
| 35 | 934 USR | - | 2 | - |
| 36 | 56710 | 39276 | 2 | - |
| 37 | 56691 | 39278 | 0 | - |
| 38 | 56678 | 39270 | 0 | - |
| 39 | 56672 | 39257 | 1 | Yes - 1 |
| BROOK ROAD | | | | |
| 40 | 56700 | 39252 | 2 | Yes - 1 |
| 41 | 56715 | 39236 | 2 | - |
| 42 | 56729 | 39229 | 1 | - |
| 43 | 56744 | 39225 | 1 | - |
| 44 | 56760 | 39221 | 1 | - |
| 45 | 56776 | 39220 | 2 | - |
| 46 | 56790 | 39216 | 1 | - |
| 47 | 56804 | 39211 | 2 | - |
| 48 | BT1180 | - | 2 | - |
| 49 | 56830 | 39192 | 2 | - |
| 50 | BT967 | - | 1 | - |
| 51 | BT1181 | - | 1 | - |
| 52 | BT1208 | - | 1 | - |
| 53 | BT1207 | - | 1 | - |
| 54 | BT1206 | - | 1 | - |
| 55 | BT1205/56909 | 39171 | 2 | - |

| EXISTING POLES | | | | |
|---|---|---|---|---|
| Pole_No | ID_1 | ID_2 | Lechi_No | Wires |
| E SADDLE RIVER ROAD | | | | |
| 56 | 56919 | 39163 | 2 | - |
| 57 | 56921 | 39174 | 2 | - |
| FOX HILL ROAD | | | | |
| 58 | 56925 | 39178 | 2 | - |
| 59 | 56935 | 39175 | 1 | - |
| 60 | 56948 | 39172 | 0 | - |
| 61 | 56962 | 39168 | 0 | - |
| 62 | 56972 | 39165 | 2 | - |
| A | 56981 | 39161 | 0 | - |
| B | 57000 | 39163 | 0 | - |
| C | 10128USR | - | 0 | - |
| D | 57023 | 39165 | 0 | - |
| E | 57037 | 39159 | 1 | - |
| F | 57050 | 39152 | 1 | - |
| G | 57067 | 39145 | 2 | - |
| H | 57085 | 39137 | 2 | Yes - 1 |
| I | 57101 | 39124 | 2 | Yes - 2 |
| COTTAGE LANE | | | | |
| 73 | 57109 | 39103 | 2 | Yes - 1 |
| 74 | 57111 | 39007 | 2 | - |
| 75 | 57118 | 39085 | 2 | - |
| 76 | 57116 | 39068 | 1 | - |
| 77 | 57114 | 39048 | 0 | - |
| 78 | 57111 | 39028 | 0 | - |
| 79 | 57109 | 39014 | 1 | - |
| 80 | 57111 | 39007 | 2 | - |
| 81 | 57110 | 38996 | 1 | - |
| 82 | 57108 | 38982 | 1 | - |
| 83 | 57108 | 38969 | 1 | - |
| 84 | 57102 | 39856 | 0 | - |
| 85 | 57101 | 38944 | 1 | - |
| 86 | 57100 | 38928 | 1 | - |
| 87 | 57099 | 38916 | 1 | - |
| 88 | 20477 | | 2 | - |
| WEISS ROAD | | | | |
| 89 | 57103 | 38892 | 2 | - |
| 90 | 57116 | 38894 | 0 | - |
| 91 | 57131 | 38896 | 0 | - |
| W SADDLE RIVER ROAD | | | | |
| 92 | BT327 | - | | |
| 93 | 20137 | - | | |
| 94 | 56478 | 39484 | | |
| 95 | 56469 | 39522 | | |

| EXISTING POLES | | | | |
|---|---|---|---|---|
| Pole_No | ID_1 | ID_2 | Lechi_No | Wires |
| W SADDLE RIVER ROAD | | | | |
| 1 | 56474 | 39453 | 1 | Yes - 1 |
| 2 | 56472 | 39439 | 1 | - |
| 3 | 56471 | 39430 | 1 | - |
| 4 | 56469 | 39420 | 1 | - |
| 5 | 56466 | 39412 | 1 | - |
| 6 | 56463 | 39404 | 1 | - |
| 7 | 56460 | 39393 | 1 | - |
| 8 | 56456 | 39384 | 1 | - |
| 9 | 56452 | 39373 | 1 | - |
| 10 | 56448 | 39368 | 1 | - |
| 11 | 56444 | 59353 | 1 | - |
| 12 | 56444 * | 59353 * | 2 | - |
| 13 | 56440 | 39332 | 1 | - |
| 14 | 56436 | 39322 | 1 | - |
| 15 | 56432 | 39312 | 1 | - |
| 16 | 56430 | 39302 | 1 | - |
| 17 | 56428 | 39292 | 1 | - |
| 18 | 56427 | 39282 | 1 | - |
| 19 | 56427 | 39270 | 1 | - |
| 20 | 56427 | 39260 | 2 | - |
| 21 | 56425 | 39246 | 1 | - |
| 22 | 56423 | 39239 | 3 | - |
| SPARROWBUSH ROAD | | | | |
| 23 | 56412 | 39240 | 1 | - |
| 24 | 59401 | 39242 | 2 | - |
| 25 | 56389 | 39244 | 1 | - |
| 26 | 56376 | 39248 | 1 | - |
| 27 | 56368 | 39253 | 2 | - |
| 28 | 56357 | 39268 | 1 | - |
| 29 | 56346 | 39273 | 1 | - |
| 30 | 56335 | 39276 | 2 | - |
| 31 | 56325 | 39277 | 1 | - |
| 32 | 56320 | 39271 | 0 | - |
| 33 | 56313 | 39275 | 0 | - |
| 34 | 56302 | 39277 | 0 | - |
| 35 | 56286 | 39281 | 0 | - |
| 36 | 56275 | 39285 | 1 | - |
| 37 | 56262 | 39290 | 1 | - |
| 38 | 56251 | 39300 | 1 | - |
| 39 | 56239 | 39305 | 0 | - |
| 40 | 56225 | 39309 | 0 | - |

* ID_3: BT29015 USR

**Proposed ERUV Alignment**
Borough of Upper Saddle River
Bergen County New Jersey

BOSWELL ENGINEERING
ENGINEERS - SURVEYORS - PLANNERS - SCIENTISTS
330 Philips Avenue South Hackensack, NJ 07606
Tel: 201-641-0770 ● Fax: 201-641-1757

1 in = 300 ft
Job No. USR-428
Mar. 29, 2018

